No. 80–6933.  EVANS *v.* ARIZONA.  Sup. Ct. Ariz.  Certiorari denied.

No. 81–5.  ALLEN ARCHERY, INC. *v.* PRECISION SHOOTING EQUIPMENT CO. ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 81–19.  LEPPO *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 81–44.  LOPEZ *v.* CALIFORNIA.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 81–51.  ABRAMS *v.* MISSISSIPPI STATE BOARD OF HEALTH ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 81–137.  DONOHUE *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 81–157.  PLEDGER ET UX. *v.* COMMISSIONER OF INTERNAL REVENUE.  C. A. 5th Cir.  Certiorari denied.

No. 81–173.  WASHINGTON POST CO. *v.* REBOZO; and
No. 81–422.  REBOZO *v.* WASHINGTON POST CO.  C. A. 5th Cir.  Certiorari denied.  Reported below: 637 F. 2d 375.

No. 81–188.  CENTER FOR LABORATORY MEDICINE, INC. *v.* NATIONAL LABOR RELATIONS BOARD.  C. A. 3d Cir.  Certiorari denied.

No. 81–196.  GIACALONE *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 81–206.  AKMAKJIAN *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 81–231.  ALYESKA PIPELINE SERVICE CO. ET AL. *v.* UNITED STATES.  Ct. Cl.  Certiorari denied.